UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-04434-LAK
18-cv-07824-LAK
18-cv-07827-LAK
18-cv-07828-LAK
18-cv-07829-LAK
19-cv-01781-LAK
19-cv-01783-LAK
19-cv-01785-LAK
19-cv-01788-LAK
19-cv-01791-LAK
19-cv-01792-LAK
19-cv-01794-LAK
19-cv-01798-LAK
19-cv-01800-LAK
19-cv-01801-LAK
19-cv-01803-LAK
19-cv-01806-LAK
19-cv-01808-LAK
19-cv-01809-LAK
19-cv-01810-LAK
19-cv-01812-LAK
19-cv-01813-LAK
19-cv-01815-LAK
19-cv-01818-LAK
19-cv-01870-LAK
19-cv-01918-LAK
19-cv-01922-LAK
19-cv-01926-LAK
19-cv-01928-LAK
19-cv-01929-LAK
19-cv-01931-LAK

18-MD-2865 (LAK)

ECF Case

1

## DECLARATION OF MARK D. ALLISON, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

Mark D. Allison, Esq., pursuant to 28 U.S.C. § 1746, and subject to the penalty of perjury, declares that the following are true and correct:

1. I am counsel of record in this action.

2. Zhanna A. Ziering, Esq. of Moore Tax Law Group LLC will continue to represent the Defendants in this action.

Dated: New York, New York

January 10, 2022

          CAPLIN & DRYSDALE, CHARTERED

          s/ Mark D. Allison
          By: Mark D. Allison

          Mark D. Allison
          295 Madison Ave, 12th floor
          New York, NY 10017
          (212) 379-6000
          mallison@capdale.com