# Exhibit 1, Part 9

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 4 – Summary of Bellwether Cash Flows

| Pension Plan[1] | Beneficiary[1] | Purported Danish Stock Investment[2] | Purported Dividends[3] | Refunds Received | Reclaim Agent Fee | Ganymede Payment | Purported Trading and Brokers Fees | Partnership Payments | Other | Amount Left for Plan | % of Tax Refund |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernina Pension Plan[4] | John van Merkensteijn | $ 1,878,998,228 | $ 38,365,775 | $ 10,358,759 | $ (94,394) | $ (6,875,498) | $ (195,420) | $ - | $ - | $ 3,193,447 | 30.8% |
| RJM Capital Pension Plan[5] | Richard Markowitz | $ 1,970,247,159 | $ 39,910,271 | $ 10,621,413 | $ (55,545) | $ (7,107,621) | $ (70,814) | $ - | $ - | $ 3,387,433 | 31.9% |
| Delvian LLC Pension Plan[5] | Alicia Colodner | $ 2,066,790,606 | $ 44,953,257 | $ 11,923,504 | $ (53,830) | $ (7,849,298) | $ (136,322) | $ (3,689,851) | $ - | $ 194,203 | 1.6% |
| Basalt Ventures LLC Roth 401(k) Plan[6] | John van Merkensteijn | $ 672,112,226 | $ 15,373,992 | $ 4,150,978 | $ (35,283) | $ (3,113,233) | $ (115,581) | $ - | $ - | $ 886,880 | 21.4% |
| STOR Capital Consulting LLC 401(k) Plan[7] | Robert Klugman | $ 646,576,763 | $ 14,657,801 | $ 3,957,606 | $ (33,640) | $ (2,968,205) | $ (94,177) | $ - | $ - | $ 861,585 | 21.8% |
| Edgepoint Capital LLC Roth 401(k) Plan[8] | Robert Klugman | $ 802,387,731 | $ 17,092,435 | $ 4,704,675 | $ (35,285) | $ (3,528,506) | $ (447,493) | $ - | $ - | $ 993,391 | 21.1% |
| Loggerhead Services LLC Roth 401(k) Plan[9] | Perry Lerner | $ 1,074,275,449 | $ 38,725,090 | $ 10,455,774 | $ (52,061) | $ (7,841,831) | $ (132,379) | $ (2,350,183) | $ 41,194 | $ 120,514 | 1.2% |
| Roadcraft Technologies LLC Roth 401(k) Plan[10] | Ronald Altbach | $ 1,041,022,669 | $ 36,885,870 | $ 9,959,185 | $ (53,866) | $ (7,469,389) | $ (148,186) | $ (2,316,050) | $ 150,274 | $ 121,967 | 1.2% |
| The Baernost Capital Investments LLC 401(k) Plan[11] | David Zelman | $ 694,869,341 | $ 16,223,622 | $ 4,380,378 | $ (32,853) | $ (3,285,283) | $ (119,089) | $ (933,950) | $ 38,134 | $ 47,337 | 1.1% |
| The Costello Advisors Pension Plan[12] | Gavin Crescenzo | $ 660,099,881 | $ 14,872,599 | $ 4,015,602 | $ (30,117) | $ (3,889,380) | $ (96,105) | $ - | $ - | $ - | 0.0% |
| The LBR Capital Pension Plan[13] | Doston Bradley | $ 737,873,456 | $ 15,891,086 | $ 4,290,593 | $ (42,906) | $ (4,118,328) | $ (129,301) | $ - | $ (59) | $ - | 0.0% |
| The FWC Capital LLC Pension Plan[14] | Roger Lehman | $ 1,183,509,081 | $ 38,830,045 | $ 10,484,112 | $ (53,252) | $ (10,275,618) | $ (155,142) | $ - | $ - | $ - | 0.0% |
| The Proper Pacific LLC 401(k) Plan[15] | Doston Bradley | $ 783,034,148 | $ 15,995,932 | $ 4,318,902 | $ (43,189) | $ (4,150,142) | $ (125,582) | $ - | $ 11 | $ - | 0.0% |
| The Oaks Group Pension Plan[16] | Matthew Tucci | $ 1,139,614,285 | $ 38,221,886 | $ 10,319,909 | $ (52,108) | $ (10,140,940) | $ (133,557) | $ - | $ 6,695 | $ - | 0.0% |
| The SVP 401(k) Plan[17] | Svetlin Petkov | $ 610,996,178 | $ 14,097,947 | $ 3,806,446 | $ (28,548) | $ (3,689,260) | $ (88,637) | $ - | $ - | $ - | 0.0% |
| **Total** | | $ 15,962,407,201 | $ 400,097,608 | $ 107,747,836 | $ (696,977) | $ (86,302,533) | $ (1,887,784) | $ (9,290,034) | $ 236,249 | $ 9,806,757 | |
| *% of Tax Refunds* | | | | | | 80.1% | | 8.6% | | | |

Notes:
[1] See Exhibits 1.00-1.04
[2] This amount represents the USD equivalent of Step 1 of the Solo Trading Loops shown in Exhibit 3. Historical daily exchange rates obtained from Capital IQ.
[3] Dividends converted into USD using historical daily exchange rates obtained from Capital IQ. See SKAT_MDL_001_00059498; SKAT_MDL_001_00059273; SKAT_MDL_001_00079683; SKAT_MDL_001_00086795; SKAT_MDL_001_01458; SKAT_MDL_001_00060743; SKAT_MDL_001_00056852; SKAT_MDL_001_00048046; SKAT_MDL_001_00058151; SKAT_MDL_001_00089378; SKAT_MDL_001_00082801; SKAT_MDL_001_00088872; SKAT_MDL_001_03565; SKAT_MDL_001_027929
[4] WH_MDL_00037988; MPSKAT00081173; MPSKAT00085392; MPSKAT00016923; MPSKAT00165885; MPSKAT00016982; WH_MDL_00108321; MPSKAT00001427; MPSKAT00001580; MPSKAT00003360; MPSKAT00008344; GUNDERSON00003181; MPSKAT00001955; MPSKAT00037718; MPSKAT00129628; MPSKAT00131661; MPSKAT00145731
[5] MPSKAT00169049
[6] WH_MDL_00037988; MPSKAT00007325; GUNDERSON00009434; MPSKAT00007256; WH_MDL_00037259; WH_MDL_00043703; WH_MDL_00043788; WH_MDL_00049941; WH_MDL_00080278; JHVM_0001854
[7] ELYSIUM-05993143; KLUGMAN00067805; KLUGMAN00067806; KLUGMAN00067807; STOR00001880
[8] KLUGMAN00019243; MPSKAT00007521; MPSKAT00006968; KLUGMAN00003945; WH_MDL_00036641; WH_MDL_00037493; WH_MDL_00044408; WH_MDL_00086296; WH_MDL_00059029; KLUGMAN00003565
[9] MBF_0048625; ELYSIUM-05399473; MPSKAT00007016; MPSKAT00080839; WH_MDL_00090795; KLUGMAN00003356; LBR00000809; MPSKAT00005894; MPSKAT00000410; LBR00000578; PL00000563
[10] WH_MDL_00025957; MPSKAT00005347; MPSKAT00005862; KLUGMAN00003362; WH_MDL_00090784; WH_MDL_00037264; WH_MDL_00049946; WH_MDL_00050282; KLUGMAN00003260; WH_MDL_00090783; RC00000056
[11] LEHMAN00019473; COSTELLO00000092; COSTELLO00000913; COSTELLO00000314
[12] LEHMAN00019473; COSTELLO00000092; COSTELLO00000913; COSTELLO00000314
[13] LEHMAN00019330; ELYSIUM-05988637; ELYSIUM-05293143; FWCCAP00004407-413
[14] PROPPACIF00000533; ELYSIUM-05988639; ELYSIUM-05993143; PROPPACIFIC00000113; PROPPACIFIC00000317-321
[15] OAKS0000066; OAKS0000054; OAKS0000294-296
[16] OAKS0000066; OAKS0000054; OAKS0000294-296
[17] ELYSIUM-05993143; SVP00000312-313

## **APPENDIX D**

## **EXHIBIT 5 – SAMPLE CASH FLOW ANALYSIS**

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.01 - Summary of Cash Flows from Sample Claims (Argre)

| Shareholder (Pension Plan)[1] | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKKs) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership %[3] | Partnership Payment (USD) | Maximum Potential Amount Remaining for Plan (USD)[4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mill River Capital Management Pension Plan[5] | Adam Larosa | Chr. Hansen Holding A/S | 12/21/2012 | 2/6/2013 | 783,000.00 | 5.51135 | 142,070.45 | 66.7% | (94,718.37) | 90% | (42,616.87) | 4,735.21 | 3.3% |
| Xiphias LLC Pension Plan[6] | Quartet | Novo Nordisk A/S - B | 4/19/2013 | 5/15/2013 | 13,851,000.00 | 5.79878 | 2,388,605.88 | 66.7% | (1,592,483.54) | n/a | (15,955.83) | 796,122.34 | 33.3% |
| 2321 Capital Pension Plan[7] | Lake McGee | DSV A/S | 4/19/2013 | 5/15/2013 | 286,875.00 | 5.79878 | 49,471.61 | 66.1% | (32,676.00) | 95% | - | 839.78 | 1.7% |
| Remece Investments LLC Pension Plan[8] | Quartet | TDC A/S | 4/23/2013 | 5/8/2013 | 2,235,600.00 | 5.65433 | 395,378.41 | 66.3% | (262,135.89) | n/a | - | 133,242.52 | 33.7% |
| California Catalog Company Pension Plan[9] | Daniel Stein | FL Smidth & Co A/S | 5/16/2013 | 6/17/2013 | 777,600.00 | 5.59373 | 139,012.79 | 66.1% | (91,837.95) | 95% | (44,835.10) | 2,359.74 | 1.7% |
| DFL Investments Pension Plan[10] | David Colodner | Tryg A/S | 5/16/2013 | 6/17/2013 | 1,614,600.00 | 5.59373 | 288,644.61 | 66.1% | (190,649.76) | 95% | (93,095.10) | 4,899.74 | 1.7% |
| Rushriter LLC Pension Plan[11] | Alexander Burns | A.P. Moller Maersk A/S - B | 5/16/2013 | 6/17/2013 | 3,110,400.00 | 5.59373 | 556,051.15 | 66.1% | (367,271.78) | 90% | (169,901.43) | 18,877.94 | 3.4% |
| Michelle Investments Pension Plan[12] | Quartet | Novo Nordisk A/S - B | 5/16/2013 | 6/17/2013 | 14,580,000.00 | 5.59373 | 2,606,489.77 | 66.1% | (1,723,411.03) | n/a | - | 883,078.73 | 33.9% |
| Davin Investments Pension Plan[13] | David Vinyon | Tryg A/S | 6/12/2013 | 6/27/2013 | 877,500.00 | 5.73072 | 153,122.12 | 66.1% | (101,259.66) | 90% | (46,676.22) | 5,186.25 | 3.4% |
| Next Level Pension Plan[13] | Edwin Miller | Chr. Hansen Holding A/S | 12/10/2013 | 1/2/2014 | 1,325,488.64 | 5.46185 | 242,681.26 | 66.7% | (161,795.60) | 95% | (76,841.38) | 4,044.28 | 1.7% |
| 2321 Capital Pension Plan[7] | Lake McGee | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,699,110.00 | 5.51333 | 308,182.17 | 66.7% | (205,465.05) | 95% | (97,581.26) | 5,135.86 | 1.7% |
| Michelle Investments Pension Plan[14] | Quartet | Coloplast A/S - B | 1/6/2014 | 2/5/2014 | 1,854,090.00 | 5.51333 | 336,292.22 | 66.7% | (224,206.02) | n/a | - | 112,086.20 | 33.3% |
| Laegder Asset Management Pension Plan[17] | Brian & Cindy Laegeler | Danske Bank A/S | 4/17/2014 | 6/3/2014 | 2,351,536.92 | 5.47754 | 429,305.29 | 66.7% | (286,217.84) | 95% | (128,778.71) | 14,308.75 | 3.3% |
| Bowline Management Pension Plan[17] | Lake McGee | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 641,734.92 | 5.48118 | 117,079.70 | 66.6% | (77,975.08) | 95% | (37,149.39) | 1,955.23 | 1.7% |
| Davin Investments Pension Plan[13] | David Vinyon | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 763,830.00 | 5.48118 | 139,355.03 | 66.7% | (92,908.00) | 90% | (41,802.33) | 4,644.70 | 3.3% |
| Next Level Pension Plan[13] | Edwin Miller | Coloplast A/S - B | 5/27/2014 | 7/7/2014 | 690,261.48 | 5.48118 | 125,933.01 | 66.7% | (83,959.54) | 95% | (39,874.80) | 2,098.67 | 1.7% |
| Remece Investments LLC Pension Plan[18] | Quartet | TDC A/S | 8/15/2014 | 8/28/2014 | 1,130,020.88 | 5.65628 | 199,781.64 | 66.1% | (132,055.66) | n/a | - | 67,725.98 | 33.9% |
| **Total** | | | | | 48,572,647.84 | | 8,617,457.11 | | (5,721,096.77) | | (835,108.42) | 2,061,341.92 | |
| *% of Tax Refunds* | | | | | | | | | 66.4% | | 9.7% | | |

Notes:

[1] See Exhibit 1.01.
[2] S&P Capital IQ
[3] Partnership payments are calculated by applying the partnership percentages from each plan's agreement where applicable. See Richard Markowitz Exhibit 2133.
[4] This does not take into account additional expenses which were paid by the plan to brokers and other Slahi related entities.
[5] ELYSIUM-05271121, MPSKAT00164905, MPSKAT00020011
[6] ELYSIUM-05280747, MPSKAT00005012
[7] WH_MDL_00032852, MPSKAT00081358
[8] ELYSIUM-04280747
[9] JRVM_0002395 MPSKAT00022222, MPSKAT00085491
[10] JRVM_0005489 MPSKAT00085416
[11] JRVM_0005282, MPSKAT00003842
[12] JRVM_0005262, MPSKAT00016335
[13] JRVM_0006014, MPSKAT00085944
[14] ELYSIUM-05186605, ELYSIUM-07041870, MPSKAT00010963
[15] ELYSIUM-05186605 ELYSIUM-07041870, MPSKAT00016983
[16] ELYSIUM-05186605 ELYSIUM-07041870, MPSKAT00010724
[17] ELYSIUM-05252000, ELYSIUM-05269912
[18] ELYSIUM-05269912, MPSKAT00143527

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.02 - Summary of Cash Flows from Sample Claims (Kaye Scholer)

| Shareholder (Pension Plan) | Beneficiary[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Partnership %[3] | Partnership Payment (USD) | Maximum Potential Amount Remaining for Plan (USD)[4] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Routt Capital Pension Plan[5] | Richard Markowitz | Codelast A/S - B | 12/15/2014 | 4/20/2015 | 2,104,027.65 | 6.9367 | $ 303,318.24 | 75.0% | $ (227,488.68) | n/a | $ - | $ 75,829.56 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[6] | Edwin Miller | A.P. Møller Mærsk A/S - A | 4/14/2015 | 5/22/2015 | 12,684,804.12 | 6.75566 | 1,877,655.79 | 75.0% | (1,408,241.84) | 95% | (445,943.25) | 23,470.70 | 1.3% |
| Green Scale Management LLC Roth 401(K) Plan[7] | Edwin Miller | A.P. Møller Mærsk A/S - A | 4/24/2015 | 5/21/2015 | 21,395,362.68 | 6.70381 | 3,191,522.83 | 75.0% | (2,393,642.12) | 93% | (757,986.67) | 39,894.04 | 1.3% |
| Routt Capital Pension Plan[8] | Richard Markowitz | Tryg A/S | 5/1/2015 | 5/21/2015 | 817,287.57 | 6.70381 | 121,913.89 | 75.0% | (91,435.42) | n/a | - | 30,478.47 | 25.0% |
| Trailing Edge Productions LLC Roth 401(K) Plan[9] | Perry Lerner | Tryg A/S | 4/27/2015 | 5/29/2015 | 273,642.84 | 6.9974 | 40,256.99 | 75.0% | (30,192.74) | 95% | (9,561.03) | 503.21 | 1.3% |
| Tree West Investments LLC Roth 401(K) Plan[10] | Ronald Altbach | Carlsberg A/S - B | 4/27/2015 | 5/29/2015 | 431,843.02 | 6.9974 | 63,530.91 | 75.0% | (47,648.18) | 95% | (15,088.59) | 794.14 | 1.3% |
| Fulcrum Productions LLC Roth 401(K) Plan[11] | Edwin Miller | TDC A/S | 4/28/2015 | 5/29/2015 | 788,100.30 | 6.9974 | 115,941.43 | 75.0% | (86,956.08) | 95% | (27,536.09) | 1,449.27 | 1.3% |
| The Random Holdings 401(K) Plan[12] | Edwin Miller | TDC A/S | 4/30/2015 | 5/29/2015 | 769,460.85 | 6.9974 | 113,199.29 | 75.0% | (84,899.47) | n/a | - | 28,299.82 | 25.0% |
| Hudson Industries LLC Roth 401(K) Plan[13] | Richard Markowitz | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 197,131.32 | 6.9974 | 29,000.99 | 75.0% | (21,750.74) | n/a | - | 7,250.25 | 25.0% |
| The Random Holdings 401(K) Plan[14] | Robert Klugman | FLSmidth & Co A/S | 4/30/2015 | 5/29/2015 | 194,927.31 | 6.9974 | 28,676.75 | 75.0% | (21,507.56) | n/a | - | 7,169.19 | 25.0% |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan[15] | Edwin Miller | Tryg A/S | 4/27/2015 | 7/16/2015 | 823,371.48 | 6.84556 | 120,278.18 | 75.0% | (90,208.63) | 95% | (28,566.07) | 1,503.48 | 1.3% |
| Ballast Ventures LLC Roth 401(K) Plan[16] | Joseph Herman | Danske Bank A/S | 5/22/2015 | 7/8/2015 | 4,580,203.32 | 6.7314 | 680,423.58 | 75.0% | (510,317.69) | 93% | (161,600.60) | 8,505.29 | 1.3% |
| Albedo Management LLC Roth 401(K) Plan[17] | Joseph Herman | Coloplast A/S - B | 5/22/2015 | 7/8/2015 | 1,788,477.57 | 6.7314 | 265,691.77 | 75.0% | (199,268.83) | 93% | (63,101.80) | 3,321.15 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan[18] | Robin Jones | Coloplast A/S - B | 6/10/2015 | 7/8/2015 | 352,234.58 | 6.7314 | 52,327.09 | 75.0% | (39,245.32) | 95% | (12,427.68) | 654.09 | 1.3% |
| Sternway Logistics LLC Roth 401(K) Plan[19] | Robin Jones | Carlsberg A/S - B | 5/21/2015 | 7/20/2015 | 433,509.57 | 6.87694 | 63,038.15 | 75.0% | (47,278.61) | 95% | (14,971.56) | 787.98 | 1.3% |
| Headsail Manufacturing LLC Roth 401(K) Plan[20] | Robert Klugman | Vestas Wind Systems A/S | 6/24/2015 | 8/10/2015 | 1,987,662.81 | 6.79162 | 292,664.02 | 75.0% | (219,498.01) | n/a | - | 73,166.00 | 25.0% |
| **Total** | | | | | 49,622,048.99 | | $ 7,359,439.90 | | $ (5,519,579.93) | | $ (1,536,783.38) | $ 303,076.63 | |
| | | | | | | | | 75.0% | | 20.9% | | | |

*% of Tax Refunds

Notes:

1  See Exhibit 1.02.

2  S&P Capital IQ.

3  Partnership payments are calculated by applying the partnership percentages from each plan's agreement where applicable.

4  The does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.

5  ELVSIEM-03399473; WH_MDL_0002366

6  ELVSIEM07846058; KF_MDL_11480

7  ELVSIEM07846059; KF_MDL_00064

8  ELVSIEM07846030

9  ELVSIEM07846058; WH_MDL_00012603

10  ELVSIEM07846058; KF_MDL_11090

11  ELVSIEM07846058; KF_MDL_11490

12  ELVSIEM07846059; WH_MDL_00008227

13  ELVSIEM07846058; WH_MDL_00008257

14  ELVSIEM07846058; WH_MDL_00002920

15  MPSKAT00010768; ELVSIEM-05065630; ELVSIEM07846030; WH_MDL_00029420

CONFIDENTIAL

In Re: Customs and Tax Administration of the Kingdom of Denmark (Skatteforvaltningen) Refund Scheme Litigation
Expert Report of Bruce G. Dubinsky
Exhibit 5.03 - Summary of Cash Flows from Sample Claims (Lehman)

| Shareholder (Pension Plan) | Plan Participant[1] | Share | Date of request to SKAT | Date Deposited | Claimed Withheld dividend tax (DKK) | Fx Rate[2] | Claimed Withheld dividend tax (USD) | Ganymede % | Payment to Ganymede (USD) | Maximum Potential Amount Remaining for Plan (USD)[3] | % of Tax Refund to Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gyes 23 LLC Solo 401(K) Plan[4] | Doston Bradley, Sr. | Chr Hansen Holding A/S | 1/28/2014 | 2/13/2014 | 1,296,017.82 | 5.45997 | 237,733.51 | 95.4% | (226,797.77) | 10,935.74 | 4.6% |
| F(fly)FightSery LLC Solo 401(K) Plan[4] | Danielle Tagliasetti | TDC A/S | 3/20/2014 | 5/14/2014 | 2,324,241.22 | 5.44344 | 426,980.22 | 88.6% | (378,304.48) | 48,675.75 | 11.4% |
| NYCATX LLC Solo 401(K) Plan[4] | Carl Vergari | Novo Nordisk A/S - B | 4/17/2014 | 6/4/2014 | 13,037,973.03 | 5.48286 | 2,378,298.13 | 93.9% | (2,233,221.94) | 145,076.19 | 6.1% |
| Adview Solo 401(K) Plan[5] | Sean Patrick Driscoll | A.P. Møller Mærsk A/S - B | 4/17/2014 | 6/3/2014 | 4,999,428.00 | 5.47754 | 912,714.10 | 97.5% | (889,896.25) | 22,817.85 | 2.5% |
| Delgado Fox LLC Solo 401(K) Plan[4] | Bobbie Bradley | Danske Bank A/S | 4/28/2014 | 6/4/2014 | 1,778,970.60 | 5.49397 | 324,507.69 | 94.4% | (306,335.25) | 18,172.43 | 5.6% |
| The Dink 14 LLC 401(K) Plan[4] | Vincent Natoli | Carlsberg A/S - B | 4/30/2014 | 6/18/2014 | 1,124,504.64 | 5.49397 | 204,679.79 | 95.2% | (194,855.16) | 9,824.63 | 4.8% |
| The SkyBox LLC 401(K) Plan[4] | Bradley Crescenzo | Carlsberg A/S - B | 5/20/2014 | 6/18/2014 | 1,254,186.72 | 5.49397 | 228,284.23 | 95.2% | (217,326.59) | 10,957.64 | 4.8% |
| The Balistreri Management LLC 401(K) Pension Plan[4] | John LaChance | A.P. Møller Mærsk A/S - A | 6/4/2014 | 7/11/2014 | 5,194,476.00 | 5.48354 | 947,285.15 | 95.2% | (901,815.46) | 45,469.69 | 4.8% |
| The MTD Wellness LLC 401(K) Plan[4] | Maryann Protass | Coloplast A/S - B | 7/18/2014 | 5/14/2014 | 923,717.52 | 5.44344 | 169,693.71 | 95.2% | (161,548.41) | 8,145.30 | 4.8% |
| The MPV Holdings LLC 401(K) Plan[4] | Mitchell Protass | A.P. Møller Mærsk A/S - B | 7/18/2014 | 8/7/2014 | 4,408,614.00 | 5.58256 | 789,711.89 | 95.2% | (751,805.72) | 37,906.17 | 4.8% |
| The DMR Pension Plan[11] | Doston Bradley | A.P. Møller Mærsk A/S - B | 4/13/2015 | 4/28/2015 | 12,805,074.54 | 6.80441 | 1,881,878.74 | 95.0% | (1,787,784.81) | 94,093.94 | 5.0% |
| The Mountain Air LLC 401(K) Plan[4] | Scott Shapiro | Novo Nordisk A/S - B | 4/21/2015 | 5/12/2015 | 21,275,624.43 | 6.64217 | 3,203,113.51 | 95.0% | (3,042,957.83) | 160,155.68 | 5.0% |
| The Joyfun Blue Pension Plan[4] | Francinc Tagliasetti | Danske Bank A/S | 4/23/2015 | 5/12/2015 | 4,947,384.42 | 6.64217 | 744,844.59 | 95.0% | (707,602.36) | 37,242.23 | 5.0% |
| The 2TI Health Consulting LLC 401(K) Plan[10] | Jana Tagliasetti | Novozymes A/S - B | 4/27/2015 | 5/29/2015 | 627,934.68 | 6.7974 | 92,378.66 | 95.0% | (87,759.72) | 4,618.93 | 5.0% |
| The Lakeview Advisors 401(K) Plan[10] | Matthew Tucci | TDC A/S | 4/27/2015 | 5/29/2015 | 766,052.64 | 6.7974 | 112,697.89 | 95.0% | (107,063.00) | 5,634.89 | 5.0% |
| The Bashy Black 401(K) Plan[10] | Monica Bradley | A.P. Møller Mærsk A/S - B | 4/27/2015 | 5/29/2015 | 4,194,031.77 | 6.7974 | 617,005.29 | 95.0% | (586,155.03) | 30,850.26 | 5.0% |
| The Candak Rock LLC 401(K) Plan[10] | Monica Bradley | Tryg A/S | 4/27/2015 | 5/29/2015 | 822,337.92 | 6.7974 | 120,978.30 | 95.0% | (114,929.39) | 6,048.92 | 5.0% |
| The Snow Hill Pension Plan[10] | Scott Shapiro | GN Store Nord A/S | 4/27/2015 | 7/28/2015 | 142,750.59 | 6.75434 | 21,134.65 | 95.0% | (20,077.91) | 1,056.73 | 5.0% |
| The SKSL LLC Pension Plan[10] | Scott Shapiro | Novo Nordisk A/S - B | 4/27/2015 | 7/16/2015 | 7,884,472.50 | 6.84556 | 1,151,764.43 | 95.0% | (1,094,176.21) | 57,588.22 | 5.0% |
| The Hoboken Advisors LLC 401K Plan[10] | Stacey Lopis | Vestas Wind Systems A/S | 4/27/2015 | 7/16/2015 | 1,181,660.80 | 6.84556 | 172,617.11 | 95.0% | (163,986.26) | 8,630.86 | 5.0% |
| The Snow Hill Pension Plan[10] | Scott Shapiro | Novozymes A/S - B | 4/27/2015 | 7/28/2015 | 676,834.38 | 6.75434 | 100,207.33 | 95.0% | (95,196.96) | 5,010.37 | 5.0% |
| The Bella Consultants Pension Plan[10] | Anthony Sinclair | GN Store Nord A/S | 4/28/2015 | 5/29/2015 | 145,557.73 | 6.7974 | 21,413.74 | 95.0% | (20,343.05) | 1,070.69 | 5.0% |
| CSCC Capital Pension Plan[10] | Scott Shapiro | A.P. Møller Mærsk A/S - B | 5/1/2015 | 5/21/2015 | 12,785,916.42 | 6.70381 | 1,907,261.16 | 95.0% | (1,811,898.10) | 95,363.06 | 5.0% |
| The Atlantic DHR 401(K) Plan[10] | Joanne Bradley | TDC A/S | 5/1/2015 | 5/21/2015 | 745,868.52 | 6.70381 | 111,260.39 | 95.0% | (105,697.37) | 5,563.02 | 5.0% |
| The Jump Group LLC 401(K) Plan[10] | Joseph Whalen | Pandora A/S | 5/1/2015 | 5/21/2015 | 1,176,141.76 | 6.70381 | 175,742.12 | 95.0% | (166,955.01) | 8,787.11 | 5.0% |
| The Shapiro Blue Management LLC 401(K) Plan[10] | Scott Shapiro | A.P. Møller Mærsk A/S - B | 5/1/2015 | 5/21/2015 | 12,783,787.74 | 6.70381 | 1,906,943.62 | 95.0% | (1,811,596.44) | 95,347.18 | 5.0% |
| The Tump Group LLC 401(K) Plan[10] | Joseph Whalen | H Lundbeck A/S | 5/1/2015 | 5/21/2015 | 979,297.29 | 6.70381 | 146,080.70 | 95.0% | (138,776.67) | 7,304.04 | 5.0% |
| CSCC Capital Pension Plan[11] | Scott Shapiro | Coloplast A/S - B | 5/1/2015 | 5/21/2015 | 1,861,303.05 | 6.70381 | 277,648.54 | 95.0% | (263,766.11) | 13,882.43 | 5.0% |
| The Fieldcrest Pension Plan[10] | Cynthia Crescenzo | A.P. Møller Mærsk A/S - B | 5/7/2015 | 7/6/2015 | 4,184,452.71 | 6.7443 | 620,442.85 | 95.0% | (589,420.71) | 31,022.14 | 5.0% |
| The Westport Advisors LLC 401(K) Plan[10] | Cynthia Crescenzo | TDC A/S | 5/7/2015 | 7/8/2015 | 748,819.89 | 6.7314 | 111,242.82 | 95.0% | (105,680.67) | 5,562.14 | 5.0% |
| The Regdaeb Pension Plan[10] | Bradley Crescenzo | A.P. Møller Mærsk A/S - B | 5/7/2015 | 7/8/2015 | 4,197,756.96 | 6.7314 | 623,608.31 | 95.0% | (592,427.89) | 31,180.42 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | TDC A/S | 5/7/2015 | 7/8/2015 | 807,637.23 | 6.7314 | 119,980.57 | 95.0% | (113,981.54) | 5,999.03 | 5.0% |
| The Maple Advisors LLC 401(K) Plan[10] | Danielle Tucci | A.P. Møller Mærsk A/S - B | 5/7/2015 | 7/8/2015 | 4,195,628.28 | 6.7314 | 623,292.08 | 95.0% | (592,127.47) | 31,164.60 | 5.0% |
| The Chambers Property Management LLC 401(K) Plan[10] | Danielle Tucci | Chr Hansen Holding A/S | 5/11/2015 | 7/8/2015 | 816,338.50 | 6.7314 | 121,273.21 | 95.0% | (115,209.55) | 6,063.66 | 5.0% |
| The Chambers Pension Management LLC 401(K) Plan[10] | Jeffrey Chambers | Novo Nordisk A/S - B | 5/14/2015 | 7/8/2015 | 7,796,357.10 | 6.7314 | 1,158,501.52 | 95.0% | (1,100,576.44) | 57,925.08 | 5.0% |
| The Chambers Pension Management LLC 401(K) Plan[10] | Jeffrey Chambers | DSV A/S | 5/14/2015 | 7/2/2015 | 299,740.46 | 6.7314 | 44,529.22 | 95.0% | (42,302.76) | 2,226.45 | 5.0% |
| The Blackbird 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/7/2015 | 1,080,973.35 | 6.81756 | 158,557.22 | 95.0% | (150,629.36) | 7,927.86 | 5.0% |
| The Beech Tree Partners 401(K) Plan[10] | Danielle Tucci | Coloplast A/S - B | 5/15/2015 | 7/3/2015 | 1,778,265.50 | 6.72242 | 264,527.58 | 95.0% | (251,301.20) | 13,226.38 | 5.0% |
| **Total** | | | | | 148,056,127.71 | | 23,239,816.55 | | (22,042,288.76) | 1,188,527.79 | 94.9% |

*% of Tax Refunds

Notes:
[1] See Exhibit 1.03.
[2] S&P Capital IQ.
[3] This does not take into account additional expenses which were paid by the plans to brokers and other Shah related entities.
[4] ELYSIUM-03151866, ELYSIUM-02526912
[5] FIFTYEIGHTFIRSTY00001276, ELYSIUM-04498217?, QVO5000000210-212
[6] NYCATX000000106,ELYSIUM-04498217? NYCATX000000216-243
[7] ELYSIUM-04526912, AGXVIEW00000203, AGXVIEW00000204
[8] DELGADO000000510; DELGADO000000229, ELYSIUM-04526912
[9] ELYSIUM-04526912
[10] ELYSIUM-07846010
[11] ELYSIUM-04526919