# Exhibit 3, Part 28

**Exhibit 4**

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 082A6A01 | Stephania Paun | First Search Order - Premises | Floor | Desktop | ELYFC05 | Dell | Optiplex 7040 | 1B7SD82 | Sandisk | SSD | 154608404274 | 240.00 | 2018/06/28 |
| 082A6A02 | Natalia Verenikina | First Search Order - Premises | Floor | Desktop | ELYFC04 | Dell | Optiplex 7040 | 6C7SD82 | Sandisk | SSD | 154779401317 | 240.00 | 2018/06/28 |
| 082A6A03 | Unknown | First Search Order - Premises | Floor | Desktop | ELYFC06 | Dell | Optiplex 7040 | B97SD82 | Sandisk | SSD | 154607406226 | 240.00 | 2018/06/28 |
| 082A6A04 | Uttar Tagiwa | First Search Order - Premises | Floor | Desktop | ELYFC04 | Dell | Optiplex 7040 | GH7SD82 | Sandisk | SSD | 154934402295 | 240.00 | 2018/06/28 |
| 082A6A05 | Sandesh Dhomne | First Search Order - Premises | Floor | Desktop | ELYFC09 | Dell | Optiplex 7040 | 5H7SD82 | Teta | SSD | 154731400405 | 240.00 | 2018/06/28 |
| 082A6A06 | Sandesh Dhomne | First Search Order - Premises | Floor | Pen Drive | N/A | N/A | N/A | N/A | Tera | ProductCode | 5071335D2491317547 | 8.00 | 2018/06/28 |
| 082A6A07 | Rashmi Raju | First Search Order - Premises | Floor | Desktop | ELYFC01 | Dell | Optiplex 7040 | 6875D82 | Sandisk | SSD | 154607406118 | 240.00 | 2018/06/28 |
| 082A6A08 | Claudiu | First Search Order - Premises | Floor | Laptop | ELY173 | Asus | UX30IL | EAMOC0771444H 12M | Seagate | ST500LM000-1EJ1 | W780GTT6 | 500.00 | 2018/06/28 |
| 082A6A09 | Nagris (intern) | First Search Order - Premises | Floor | Desktop | ELY17012 | Dell | Optiplex 7040 | C02V2IR5GG7N | Sandisk | SSD | 5PP8NY6G64490 | 2000.00 | 2018/06/28 |
| 082A6A10 | Nicola Monteath | First Search Order - Premises | Floor | Laptop | EQU-MAC6 | Apple | Macbook Pro | C02T32R6GTFA | Apple | SSD | C02701302NAHXG618 | 1000.00 | 2018/06/28 |
| 082A6A11 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | External HDD | N/A | N/A | N/A | N/A | Seagate | HDD - Backup Plus | NA758CNP | 1000.00 | 2018/06/28 |
| 082A6A12 | Odilbekk Majorade | First Search Order - Premises | Floor | Desktop | EQU-MAC4 | Apple | MAC-All in one | C02QWR0CJ6G7N | Apple | SSD | 5PP8NY650G5235 | 2000.00 | 2018/06/28 |
| 082A6A13 | Marta Lis | First Search Order - Premises | Floor | Desktop | ELYFC012 | Dell | Optiplex 7040 | HB7SD82 | Sandisk | SSD | 254607406101 | 240.00 | 2018/06/28 |
| 082A6A14 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Desktop | ELYFC08 | Dell | Optiplex 7040 | 2H7SD82 | Sandisk | SSD | 154976403145 | 240.00 | 2018/06/28 |
| 082A6A15 | Mark Fernandes | First Search Order - Premises | Center office | Desktop | ELYFC03 | Dell | Optiplex 7040 | BC7SD82 | Sandisk | SSD | 154608404292 | 240.00 | 2018/06/28 |
| 082A6A16 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | ELY17083 / ELY1PT22 | Dell | Optiplex 7040 | C0V3CJ24363753A 12M | HGST | SSD | 500M050N6G25PM | 1000.00 | 2018/06/28 |
| 082A6A17 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 7 Plus | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 082A6A18 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | N/A | Apple | iPhone 5s / iPhone SE | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 082A6A19 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Mobile | EQU-010 | Apple | Optiplex 7040 | 7G7SD82 | Sandisk | SSD | 154608404269 | 16.00 | 2018/06/28 |
| 082A6A20 | Sanjay Shah | First Search Order - Premises | Mr. Shah's | Pen Drive | N/A | N/A | N/A | N/A | Kingston | DT57 G2 | 98470AE18E09 | 2000.00 | 2018/07/01 |
| 082A6A21 | Valmykin Maniovskya | First Search Order - Premises | Floor | Desktop | EQU-MAC3 | Apple | Optiplex 7040 | C02DQVCR2GG7N | Apple | SSD | 5PP8NY4G833T10 | 500.00 | 2018/07/01 |
| 082A6A22 | Natalia Verenikina | First Search Order - Premises | HR Room | Desktop | ELYFC07 | Dell | Optiplex 7040 | 4B7SD82 | Sandisk | SSD | 154734402403 | 240.00 | 2018/07/01 |
| 082A6A23 | Puja Tiwari | First Search Order - Premises | Mr. Shah's | Desktop | N/A | Dell | Optiplex 7040 | 8G7SD82 | Imation | DVD-R | N/A | 4.70 | 2018/07/01 |
| 082A6A24 | Usha Shah | First Search Order - Premises | Floor | Laptop | ELYFC011 | Dell | Optiplex 7040 | 8G7SD82 | Sandisk | SSD | 154976403825 | 240.00 | 2018/06/28 |
| 082A6A25 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | ELY1PT15 | Sony | VAIO / SVP132A1CM | 54626038-6003861 / Service | N/A | SSD | 53YWFADU23861 | 120.00 | 2018/06/28 |
| 082A6A26 | Sanjay Shah | First Search Order - Premises | Floor | Laptop | N/A | Sony | N/A | N/A | N/A | N/A | N/A | N/A | 2018/06/28 |
| 082A6A27 | Natalia Verenikina | First Search Order - Premises | Floor | Desktop | EQU-MAC1 | Apple | MAC-All in one | C02QW2U5G6G7N | Apple | SSD | 5PP8NY4G8F3008 | 2000.00 | 2018/07/01, 2018/07/03 |
| 082A6A28 | Sanjay Shah | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC-Mini | C07H71A0D1D1 | Hitachi / Apple | HDD | 1230055H1HZP1C | 500.00 | 2018/07/01 |
| 082A6A29 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Apple | MAC-Mini | T3U5CR17P703D1 | Toshiba | HDD | 1230055H1HZP1C | 1230455HRT | 2018/07/01 |
| 082A6A30 | Unknown | First Search Order - Premises | Floor | Desktop | N/A | Dell | N/A | N/A | Unknown | Unknown | N/A | 4.70 | 2018/07/01 |
| 082A6A31 | Mark Fernandes | First Search Order - Premises | Storage Cal | DVD | N/A | Dell | Optiplex 7040 | 867SD82 | Seagate | ST500LM000-1EJ1 | W790GWDC | 500.00 | 2018/07/01 |
| 082A6A32 | Unknown | First Search Order - Premises | Storage Cal | Laptop | ELY1PT02 | Asus | UX301L | EAMOC0772034393 12M | N/A | N/A | N/A | N/A | 2018/07/01 |
| 082A6A33 | Natalia Verenikina | First Search Order - Premises | Storage Cal | Laptop | ELY1PT08 | Asus | UX301L | C06CL14B8D2D1E 12M | N/A | N/A | N/A | N/A | 2018/07/01 |
| 082A6A34 | Unknown | First Search Order - Premises | Storage Cal | Laptop | EQU-MAC5 | Apple | Macbook Pro - A1707 | C02LC3C17M | N/A | N/A | N/A | N/A | 2018/07/01 |
| 082A6A35 | Stephania Paun / UN... | First Search Order - Premises | - | Office 365 | admin@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 13.00 | 2018/07/02 |
| 082A6A36 | Unknown | First Search Order - Premises | - | Office 365 | asset@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.18 | 2018/07/02 |
| 082A6A37 | Unknown | First Search Order - Premises | - | Office 365 | catchall@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| 082A6A38 | Sanjay Shah | First Search Order - Premises | - | Office 365 | ceo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.63 | 2018/07/02 |
| 082A6A39 | Unknown | First Search Order - Premises | - | Office 365 | cfo@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.70 | 2018/07/02 |
| 082A6A40 | Unknown | First Search Order - Premises | - | Office 365 | consultant@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.20 | 2018/07/02 |
| 082A6A41 | Sandesh Dhomne | First Search Order - Premises | - | Office 365 | director@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/02 |
| 082A6A42 | Rashmi / Yortha / Ma... | First Search Order - Premises | - | Office 365 | fd@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/07/02 |
| 082A6A43 | Sanjay Shah | First Search Order - Premises | - | Office 365 | finance@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 3.30 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Premises | - | Office 365 | IT@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 0.65 | 2018/07/02 |
| 082A6A43 | Stephania Paun / UN... | First Search Order - Premises | - | Office 365 | HR@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 2.30 | 2018/07/02 |
| 082A6A43 | Unknown | First Search Order - Premises | - | Office 365 | Legal@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/02 |
| 082A6A43 | Wasil Anwar | First Search Order - Premises | - | Office 365 | od@elysiumglobal.com | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | Floor | Laptop | ELY1PT06 | Asus | UX301L | F190CL15569D05A 12M | N/A | N/A | N/A | 1000.00 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | HGST | HDD | 50A0055G9NT8K | 0.45 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.06 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.11 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.13 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 156.00 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.46 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.20 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.82 | 2018/07/02 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 12.40 | 2018/07/12 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.24 | 2018/07/10 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.00 | 2018/07/10 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| 082A6A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.66 | 2018/07/15 |

Privileged & Confidential

| Evidence Ref | Custodian | Search Order | Office area reference | Device Type | Asset Tag | Make | Model | Serial No / IMEI | Drive Make | Drive Type | Drive S/N | Size (GB) | Date Acquisition Initiated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.02 | 2018/07/15 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.05 | 2018/07/12 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.04 | 2018/07/15 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.15 | 2018/07/15 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.27 | 2018/07/12 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.39 | 2018/07/15 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/12 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/07/15 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 87.00 | 2018/07/18 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 89.90 | 2018/07/04 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.28 | 2018/07/19 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.08 | 2018/07/18 |
| DII246A43 | Multiple | First Search Order - Premises | - | Network Share | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.03 | 2018/07/18 |
| DII246A44 | Multiple | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.15 | 2018/07/19 |
| DII246A44 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXE1E551CSUS | 1000.00 | 2018/08/14 |
| DII246A45 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXB1A75EZXU | 1000.00 | 2018/08/17 |
| DII246A46 | Unknown | First Search Order - Premises | - | External HDD | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXF1E6S2KA67 | 3000.00 | 2018/07/17 (Failed) |
| DII246A47 | Unknown | First Search Order - Premises | - | External HDD - MimeCast email archives | N/A | N/A | N/A | N/A | Western Dig | My Passport Ultra | WXD1E55OCP1E | 1000.00 | 2018/07/25 |
| DII246A48 | Sanjay Shah | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 9.24 | 2018/08/26 |
| DII246A48 | Mark Fernandes | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.56 | 2018/08/26 |
| DII246A48 | Usha Shah | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.43 | 2018/08/26 |
| DII246A48 | Sandesh Dhomme | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.11 | 2018/08/26 |
| DII246A48 | Wail Anwar | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.88 | 2018/08/26 |
| DII246A48 | Unknown_Admin | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.35 | 2018/08/16 |
| DII246A48 | Unknown_Asset | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 8.24 | 2018/08/19 |
| DII246A48 | Unknown_Catchall | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.29 | 2018/08/26 |
| DII246A48 | Unknown_CFO | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.13 | 2018/08/26 |
| DII246A48 | Unknown_Finance | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 10.20 | 2018/08/27 |
| DII246A48 | Unknown_HR | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.85 | 2018/08/26 |
| DII246A48 | Unknown_Legal | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.16 | 2018/08/27 |
| DII246A48 | Unknown_OO | Remote Server Collection | - | Email Containers - Minecast PSTs | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.16 | 2018/08/27 |
| DII246A49 | Sanjay Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 18.33 | 2018/09/25 |
| DII246A49 | Mark Fernandes | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.09 | 2018/09/25 |
| DII246A49 | Usha Shah | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.55 | 2018/09/25 |
| DII246A49 | Sandesh Dhomme | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.82 | 2018/09/25 |
| DII246A49 | Wail Anwar | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.26 | 2018/09/25 |
| DII246A49 | Unknown_Admin | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 3.87 | 2018/09/25 |
| DII246A49 | Unknown_Asset | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 2.37 | 2018/09/25 |
| DII246A49 | Unknown_Catchall | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.72 | 2018/09/25 |
| DII246A49 | Unknown_CFO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.00 | 2018/09/25 |
| DII246A49 | Unknown_Finance | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 5.94 | 2018/09/25 |
| DII246A49 | Unknown_HR | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1.39 | 2018/09/25 |
| DII246A49 | Unknown_Legal | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 4.33 | 2018/09/25 |
| DII246A49 | Unknown_OO | Remote Server Collection | - | Office 365 Full | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0.49 | 2018/09/25 |
| DII246O01 | Philip Purwear | Provided by Legal Counsel | - | Loose files | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 11.79 | 2018/07/24 |
| DII246O02 | Multiple | First Search Order - Premises | - | Backup and BIOS Cloud data & VM content | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1621.00 | 2018/07/24 |
| DII246V01 | Multiple | Remote Server Collection | - | DociCat DMS | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 500.00 | 2018/10/03 |
| DII246V02 | Multiple | Remote Server Collection | - | VM Export (Elysium-DC-elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 6800.00 | 2018/10/03 |
| DII246V03 | Multiple | Remote Server Collection | - | Sage Server (ely-sagesvr.elysium.global) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 931.00 | 2018/09/06 |
| DII246V04 | Multiple | Remote Server Collection | - | Google Drive | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1331.20 | 2018/10/03 |

**Exhibit 5**