# Exhibit 39

| | |
|---|---|
| **From:** | admin@RouttPension.com </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS /CN=6B6328C28E4448BE9D34B6BB5F00555F-ADMIN_4F657> |
| **To:** | Wells, Peter |
| **Sent:** | 6/22/2015 4:35:54 PM |
| **Subject:** | Form SLT (Holdings) |
| **Attachments:** | Securities Held as of May 31, 2015.pdf |

Peter:

Here are the holdings as of May 31, 2015 for each account. As you can see, a number of accounts are over USD 1 billion.

Please let me know if you have any questions or if I didn't give you the proper information.

Richard

CONFIDENTIAL
WH_MDL_00322923

Form SLT
End of Period							31-May-2015

|  | Current Holdings |
|---|---:|
| Aerovane Logistics LLC Roth 401(K) Plan | $ 1,281.690 |
| Albedo Management LLC Roth 401(K) Plan | $ 1,805.056 |
| Avanix Management LLC Roth 401(K) Plan | $ 1,793.391 |
| Ballast Ventures LLC Roth 401(K) Plan | $ 815.808 |
| Bareroot Capital LLC Roth 401(K) Plan | $ 873.483 |
| Basalt Ventures LLC Roth 401(K) Plan | $ 857.204 |
| Battu Holdings LLC Roth 401(K) Plan | $ 1,895.533 |
| Cantata Industries LLC Roth 401(K) Plan | $ 1,342.649 |
| Cavus Systems LLC Roth 401(K) Plan | $ 821.401 |
| Cedar Hill Capital Investments LLC Roth 401(K) Plan | $ 1,380.463 |
| Crucible Ventures LLC Roth 401(K) Plan | $ 1,330.460 |
| Dicot Technologies LLC Roth 401(K) Plan | $ 831.883 |
| Eclouge Industry LLC Roth 401(K) Plan | $ 1,320.342 |
| Edgepoint Capital LLC Roth 401(K) Plan | $ 879.252 |
| Fairlie Investments LLC Roth 401(K) Plan | $ 831.101 |
| First Ascent Worldwide LLC Roth 401(K) Plan | $ 764.991 |
| Fulcrum Productions LLC Roth 401(K) Plan | $ 786.451 |
| Green Scale Management LLC Roth 401(K) Plan | $ 1,877.062 |
| Hadron Industries LLC Roth 401(K) Plan | $ 804.724 |
| Headsail Manufacturing LLC Roth 401(K) Plan | $ 1,874.209 |
| Keystone Technologies LLC Roth 401(K) Plan | $ 1,309.295 |
| Limelight Global Productions LLC Roth 401(K) Plan | $ 818.428 |
| Loggerhead Services LLC Roth 401(K) Plan | $ 1,861.198 |
| Monomer Industries LLC Roth 401(K) Plan | $ 1,336.444 |
| Omineca Trust | $ 1,825.196 |
| PAB Facilities Global LLC Roth 401(K) Plan | $ 840.937 |
| Pinax Holdings LLC Roth 401(K) Plan | $ 876.756 |
| Plumrose Industries LLC Roth 401(K) Plan | $ 1,290.815 |
| RAK Investment Trust | $ 859.591 |
| RAK2 Investement Trust | $ 836.499 |
| RAK3 Investment Trust | $ 1,848.293 |
| Roadcraft Technologies LLC Roth 401(K) Plan | $ 1,827.582 |
| Routt Capital Trust | $ 1,288.979 |
| Starfish Capital Management LLC Roth 401(K) Plan | $ 819.448 |
| Sternway Logistics LLC Roth 401(K) Plan | $ 825.971 |
| Trailing Edge Productions LLC Roth 401(K) Plan | $ 826.875 |
| True Wind Investments LLC Roth 401(K) Plan | $ 839.448 |
| Tumba Systems LLC Roth 401(K) Plan | $ 867.365 |
| Vanderlee Technologies Pension Plan Trust | $ 1,862.606 |
| Voojo Productions LLC Roth 401(K) Plan | $ 1,325.379 |

CONFIDENTIAL