USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:  18-cv-07828;
19-cv-01785; 19-cv-01867; 19-cv-01893;
19-cv-01781; 19-cv-01783; 19-cv-01866;
19-cv-01895; 19-cv-01794; 19-cv-01865;
19-cv-01904; 19-cv-01798; 19-cv-01869;
19-cv-01922; 19-cv-01800; 19-cv-01788;
19-cv-01870; 18-cv-07827; 19-cv-01791;
19-cv-01792; 19-cv-01928; 19-cv-01926;
19-cv-01868; 18-cv-07824; 19-cv-01929;
19-cv-01803; 19-cv-01806; 19-cv-01906;
19-cv-01801; 19-cv-01894; 19-cv-01808;
19-cv-01810; 19-cv-01809; 18-cv-04833;
19-cv-01911; 19-cv-01898; 19-cv-01812;
19-cv-01896; 19-cv-01871; 19-cv-01813;
19-cv-01930; 18-cv-07829; 18-cv-04434;
19-cv-01815; 19-cv-01818; 19-cv-01931;
19-cv-01918; 19-cv-01873; 19-cv-01924;
19-cv-10713; 21-cv-05339.

MASTER DOCKET

18-md-2865 (LAK)

---

### STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR CHOICE OF LAW BRIEFS

WHEREAS, on June 24, 2024, plaintiff Skatteforvaltningen ("SKAT") filed its

Memorandum of Law on Issues of Disputed Foreign Law and Choice of Law (ECF No. 1071), in

which it argued that the Danish standard of proof applies to SKAT's fraud and aiding and

abetting fraud claims;

WHEREAS, on July 24, 2024, defendants filed their Memorandum of Law in Opposition to Plaintiff's Memorandum of Law (ECF No. 1114), in which they argued that New York's standard of proof applies to SKAT's fraud and aiding and abetting fraud claims;

WHEREAS, on November 19, 2024, the Court issued its Order (ECF No. 1234) requesting that the parties submit supplemental briefing on the question whether New York or Danish law governs the burden of proof for SKAT's fraud claims and directing the parties to agree to a briefing schedule providing for the filing of the final brief on or before January 3, 2025;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1.    Plaintiff SKAT shall submit its brief of no more than ten pages on or before December 11, 2024.

2.    Defendants shall submit a response brief of no more than ten pages on or before January 3, 2025.

Dated: New York, New York
        November 27, 2024

By:   /s/ Marc A. Weinstein
      Marc A. Weinstein
      HUGHES HUBBARD & REED LLP
      One Battery Park Plaza
      New York, NY 10004-1482
      Telephone: (212) 837-6000
      Fax: (212) 422-4726
      marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen
(Customs and Tax Administration of the
Kingdom of Denmark)*

By:   /s/ Sharon L. McCarthy
      (*e-signed with consent*)
      Sharon L. McCarthy
      Nicholas S. Bahnsen
      Daniel C. Davidson
      KOSTELANETZ LLP
      7 World Trade Center, 34th Floor
      New York, New York 10007
      Telephone: (212) 808-8100
      smccarthy@kostelanetz.com

2

*Counsel for Defendants John van Merkensteijn, III, Elizabeth van Merkensteijn, Azalea Pensión Plan, Basalt Ventures LLC Roth 401(K) Plan, Bernina Pension Plan, Bernina Pension Plan Trust, Michelle Investments Pension Plan, Omineca Pension Plan, Omineca Trust, Remece Investments LLC Pension Plan, Starfish Capital Management LLC Roth 401(K) Plan, Tarvos Pension Plan, Voojo Productions LLC Roth 401(K) Plan, Xiphias LLC Pension Plan*

By:   /s/ Peter G. Neiman
    (*e-signed with consent*)
    Peter G. Neiman
    Andrew Dulberg
    WILMER CUTLER PICKERING
    HALE AND DORR LLP
    7 World Trade Center
    250 Greenwich Street
    New York, NY 10007
    Telephone: (212) 230-8800
    Peter.Neiman@wilmerhale.com

*Attorneys for Richard Markowitz, Jocelyn Markowitz, Avanix Management LLC Roth 401(K) Plan, Batavia Capital Pension Plan, Calypso Investments Pension Plan, Cavus Systems LLC Roth 401(K) Plan, Hadron Industries LLC Roth 401(K) Plan, RJM Capital Pension Plan, RJM Capital Pension Plan Trust, Routt Capital Pension Plan, Routt Capital Trust*

By:   /s/ David L. Goldberg
    (*e-signed with consent*)
    David L. Goldberg
    Michael M. Rosensaft
    KATTEN MUCHIN ROSENMAN LLP
    50 Rockefeller Plaza
    New York, NY 10020
    Telephone: (212) 940-8800
    david.goldberg@katten.com

*Attorneys for Defendants Robert Klugman, RAK Investment Trust, Aerovane Logistics LLC Roth 401K Plan, Edgepoint Capital LLC Roth 401K Plan, Headsail Manufacturing LLC Roth 401K*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

12/3/24